FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**CJR/SM:USAO#2013R**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2013 SEP 30 P 12b

CLERK'S OFFICE
AT BALTIMORE

BY_____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **CRIMINAL NO. ELH-13-512** |
| | : |
| **ANTOINE WIGGINS,** | : **FILED UNDER SEAL** |
| a/k/a "Twizzy," | : |
| | : |
| **ENZO BLANKS** | : **(Conspiracy to Distribute and Possess with** |
| a/k/a "Zo," | : **Intent to Distribute Heroin, 21 U.S.C. § 846;** |
| | : **Possession with Intent to Distribute Heroin, 21** |
|  | : **U.S.C. § 841; Distribution of Heroin, 21 U.S.C.** |
| | : **§ 841; Maintaining A Drug-Involved Premises;** |
| | : **21 U.S.C. § 856(a)(1); Felon In Possession Of** |
| | : **Ammunition, 18 U.S.C. § 922(g)(1); Aiding and** |
| | : **Abetting, 18 U.S.C. § 2)** |
| **MARLOW BATES,** | : |
| a/k/a "Low," | : |
|  | : |
| | : |
| **ROBERT LOMAX, III,** | : |
| | : |
| **KEYA RENEE DEAN,** | : |
| | : |
| **DONTE THOMAS,** | : |
| a/k/a "Cruddy," | : |
|  | : |
| | : |
| **VIRGINIA MOORE,** | : |
| a/k/a "Miss V," | : |
| | : |
| **RANDY ADKINS,** | : |
| | : |
| **REBECCA BELETE,** | : |
|  | : |
| | : |
| **Defendants.** | .oOo. |

## MOTION TO UNSEAL INDICTMENT IN PART

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Christopher J. Romano and Seema Mittal, Assistant United States Attorneys for said District, respectfully requests an order from the Court unsealing the Indictment in part in this case, and in support states the following:

On September 24, 2013, this Court sealed the Indictment in the above-captioned matter because the defendants had not yet been arrested. As of September 30, 2013, nine of the defendants have been arrested. As a result, there is no further need to keep the Indictment sealed as it relates to those defendants. The remaining defendants, however, remain at large. Unsealing the Indictment as it relates to those defendants may alert them to the charges, making the defendants more likely to flee and potentially endangering the law enforcement personnel attempting to arrest them.

Thus, the Government hereby moves to unseal the attached, redacted version of the Indictment in this case, which omits any reference to the remaining at-large defendants. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____
Christopher J. Romano
Seema Mittal
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

-2-