**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP 30 PM 2: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

U.S. MARSHAL
BALTIMORE, MD

2013 SEP 25 PM 1: 40

# UNITED STATES DISTRICT COURT
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>MARLOW BATES<br>a/k/a "Low"<br><br>Defendant | )<br>)<br>) Case No. ELH-13-0512<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARLOW BATES, a/k/a "Low",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy and Possession with intent to distribute 1 kilogram or more of heroin, in violation of 21 USC 846, 841.

Date: 09/24/2013

*Issuing officer's signature*

City and state: Baltimore, MD

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/25/2013, and the person was arrested on *(date)* 09/26/2013
at *(city and state)* BALTIMORE, MD.

Date: 09/27/2013

for FBI
*Arresting officer's signature*

SA ERIC NYE
*Printed name and title*